# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW GAHAGAN** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | **NO. 21-2523** |
| **CITY OF PHILADELPHIA, et al.** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 7th day of November, 2022, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 12), Plaintiff's Response (Doc. No. 15), and all exhibits submitted by the parties, it is hereby **ORDERED** that the Motion is **GRANTED**.

**JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff on all claims set forth in the Complaint.

The Clerk of Court shall mark this case **CLOSED**.

 BY THE COURT:

 */s/ Mitchell S. Goldberg*
 **MITCHELL S. GOLDBERG, J.**